MINNESOTA LAUNDRY SERVICE, INC., and Others, Appellants, v. JACOB MELLON and Others, Defendants; CHARLES BARTELOTTI and Others, Respondents; MEYER D. SIEGEL, Attorney, Appellant.— Order denying appellant's motion to vacate an order which confirmed the report of a referee appointed to hear and report upon the issues raised by petition and answering affidavits and also granted other relief in a proceeding brought pursuant to section 475 of the Judiciary Law, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

ALBERT MORIONDO, Respondent, v. MILFORD MANDEL and Others, Appellants.— Defendants in an action for (1) false arrest and imprisonment, (2) malicious prosecution, (3) libel and (4) slander appeal from an order denying their motion for judgment on the pleadings dismissing the complaint. Order reversed on the law, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. Plaintiff alleged that at the preliminary hearing the charge against him was reduced, and that he was held for trial in the Court of Special Sessions by the magistrate on the charge as reduced. This as matter of law demonstrated a prima facie cause for his arrest and prosecution (Graham v. Buffalo General Laundries Corp., 261 N. Y. 165, 166, 167; Adams v. Schwartz, 137 App. Div. 230, 233, 234), which plaintiff failed to overcome by pleaded allegations that the defendants had committed fraud or perjury, or had withheld material evidence in their possession. (Agar v. Kelsey, 253 App. Div. 726, 727; Morgan v. New York Central R. R. Co., 256 id. 177, 179–181; Green v. General Cigar Co., Inc., 238 id. 638.) Snead v. Bonnoil (166 N. Y. 325, 328, 329), read in the light of its peculiar facts, has no application here. The third and fourth causes of action, for libel and slander, fall with the first two causes of action. Furthermore, the matter on which the last two causes of action were predicated was privileged. (People ex rel. Bensky v. Warden of City Prison, 258 N. Y. 55, 59, 60.) Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

THE NATIONAL CITY BANK OF NEW YORK, Respondent, Appellant, v. MICHAEL PILUSO and PAULINE PILUSO, Appellants, Respondents.— Action on a promissory note. The defense is based on plaintiff's breach of an alleged agreement to sell collateral security and apply the proceeds to the indebtedness represented by the note. On appeal by defendants from a resettled order granting plaintiff's motion to set aside a verdict in defendants' favor on the ground, among others, that it was against the weight of the evidence, the order is unanimously affirmed, without costs. Appeal by plaintiff from an order denying its motion for a directed verdict dismissed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.